# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RANDALL WHITE, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:18-cv-18 |
| | * | |
| v. | * | |
| | * | |
| WARDEN, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with and **ADOPTS** the Magistrate Judge's Report and Recommendation, dkt. no. 3, to which no objections were filed. Thus, the Court **DISMISSES** Petitioner Randall White's ("White") 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** White *in forma pauperis* status on appeal.

**SO ORDERED**, this 6 day of August, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)